KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAJOR, individually,<br><br>Plaintiff,<br><br>v.<br><br>SUNGHA MORM, individually; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO: 2:23-cv-00343-RFB-EJY<br><br>**STIPULATION AND (PROPOSED) ORDER TO ALLOW DEFENDANT TO FILE AN AMENDED ANSWER AND THIRD-PARTY COMPLAINT** |

　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOSEPH MAJOR and Defendant SUNGHA MORM, by and through their respective counsel of record, that Defendant SUNGHA MORM be permitted to amend his Answer to Plaintiff's Complaint to assert a Third-Party Complaint against Enterprise Leasing Company – West, LLC for breach of contract and declaratory relief. A copy of the proposed Amended Answer and Third-Party Complaint is attached hereto as Exhibit A.

. . .

. . .

15422.0001

| | |
|---|---|
| Dated this 9th day of May 2023. | Dated this 8th day of May 2023. |
| MESSNER REEVES LLP | DIMOPOULOS INJURY LAW |

_____
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
kwilson@messner.com
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
702-383-5100 Phone

and

WINNER & BOOZE,
STEVEN P. CANFIELD, ESQ.
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, NV 89102
(702) 243-7000 Phone
scanfield@winnerfirm.com
*Attorneys for Defendant*

*/s/ Paul A. Shpirt*_____
STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
PAUL A. SHPIRT, ESQ.
Nevada Bar No. 10441
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
(702) 800-6000 Phone
ps@stevedimopoulos.com
*Attorneys for Plaintiff*

### ~~(PROPOSED)~~ ORDER ALLOWING DEFENDANT TO FILE AN AMENDED ANSWER AND THIRD-PARTY COMPLAINT

IT IS HEREBY ORDERED that Defendant be permitted to file an Amended Answer and Third-Party Complaint to include breach of contract and declaratory relief claims against Enterprise Leasing Company – West, LLC. The Amended Answer and Third-Party Complaint shall be filed within 30 days of the date of this Order.

_____
U.S. Magistrate Judge

Dated: May 9, 2023

Page **2** of 2

15422.0001