KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAJOR, individually, | CASE NO: 2:23-cv-00343-RFB-EJY |
| Plaintiff, | **STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND DISCOVERY (First Request)** |
| v. | |
| SUNGHA MORM, individually; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | |
| Defendants. | |

_____

| |
|---|
| SUNGHA MORM, individually, |
| Third-Party Plaintiff, |
| v. |
| ENTERPRISE LEASING COMPANY – WEST, LLC, a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, |
| Third-Party Defendants |

_____

COME NOW Plaintiff JOSEPH MAJOR and Defendant SUNGHA MORM, by and through their respective attorneys of record, and herein stipulate, agree and make joint application to extend the discovery period in this matter for a period of ninety (90) days.

15422.0001

**MESSNER REEVES LLP**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I.     INTRODUCTION

Plaintiff's claims arise out of an alleged motor vehicle collision on April 24, 2021, on Highway 215 near mile marker 12 in Las Vegas, Nevada. Plaintiff filed his Complaint in the Eighth Judicial District Court for Clark County, Nevada on December 21, 2022, and Defendant Sungha Morm removed this matter to the United States District Court on March 3, 2023. Pursuant to the Discovery Plan and Scheduling Order entered on April 6, 2023, initial expert disclosures must be served by July 3, 2023, and rebuttal expert disclosures must be served by August 3, 2023. Discovery is currently set to close on August 30, 2023. Dispositive motions must be filed no later than September 29, 2023, and the Joint Pretrial Order must be filed by October 30, 2022.

On May 15, 2023, Defendant Morm filed an Amended Answer and Third-Party Complaint against Enterprise Leasing Company – West, LLC, which was served on May 30, 2023.  Third-Party Defendant Enterprise has not yet responded to this Complaint or otherwise appeared in this matter. Based on the recent addition of Enterprise Leasing Company – West to this action, Plaintiff and Defendant have agreed to extend the discovery deadlines by ninety (90) days.

## II.     DISCOVERY COMPLETED TO DATE

1.  Defendant served his Initial Disclosures pursuant to FRCP 26(a)(1) on March 30, 2023;

2.  Plaintiff served his Initial Disclosures pursuant to FRCP 26(a)(1) on April 3, 2023;

3.  Plaintiff served his First Set of Requests for Production of Documents, First Set of Interrogatories, and First Set of Requests for Admissions on April 17, 2023;

4.  Defendant served his First Set of Requests for Production of Documents and First Set of Interrogatories on April 24, 2021;

5.  Defendant served his First Supplement to his Initial Disclosures pursuant to FRCP 26(a)(1) on May 30, 2023; and

15422.0001

6. Defendant served his Responses to Plaintiff's First Set of Requests for Production of Documents and First Set of Requests for Admissions, and Answers to Defendant's First Set of Interrogatories on May 31, 2023.

## III.   DISCOVERY REMAINING

1. Deposition of Plaintiff Joseph Major

2. Deposition of Defendant Sungha Morm

3. Deposition of FRCP 30(b)(6) witness for Third-Party Defendant Enterprise;

4. Deposition of Plaintiff's various treating physicians;

5. Expert witness and rebuttal disclosures;

6. The depositions of all experts;

7. Depositions of additional witnesses as may be identified through discovery.

## IV.   REASONS WHY DISCOVERY SHOULD BE EXTENDED

Plaintiff Major and Defendant Morm have been actively conducting discovery and have each served initial written discovery. The parties were prepared to conduct the depositions of Plaintiff and Defendant and were identifying mutually convenient dates when Defendant sought leave to file his Amended Answer and Third-Party Complaint against Enterprise Leasing Company. The parties concluded that, in the interest of fairness and to avoid the need for duplicative discovery efforts, all depositions should be postponed until Enterprise Leasing Company had the opportunity to participate in those deposition. Given that Enterprise has not yet responded to Defendant's Third-Party Complaint and the deadline for initial expert disclosures is on July 3, 2023, an extension of the current deadlines is necessary to allow the appropriate time for all parties to conduct necessary discovery before disclosing expert witnesses.

. . .

15422.0001

The parties acknowledge that this stipulation is filed within twenty (20) days of the current deadline for the disclosure of expert witnesses. The delay in submitting this stipulation was, however, unavoidable and the result of excusable neglect. This stipulation was submitted as soon as practicable once the parties realized that the addition of Enterprise Leasing Company necessitated additional time to conduct discovery, including those depositions that are necessary and relevant to expert witness opinions and reports in this case.

Based on the foregoing, the parties respectfully request this Court approve the instant Stipulation to extend discovery by ninety (90) days.

## V.     PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

|  | **Current Deadline** | ~~**Proposed**~~ **New Deadline** |
|---|---|---|
| Add Parties/Amend Pleadings | June 1, 2023 | **Closed** |
| Expert Disclosures | July 3, 2023 | **October 2, 2023** |
| Rebuttal Expert Disclosures | August 3, 2023 | **November 1, 2023** |
| Close of Discovery | August 30, 2023 | **November 28, 2023** |
| Dispositive Motions | September 29, 2023 | **December 28, 2023** |
| Consolidated Pre-Trial Order | October 30, 2023 | **January 29, 2024** |

The parties have entered into this stipulation in an effort to complete discovery and pretrial motions in an efficient manner, and not for purposes of delay. The parties wish to conduct discovery in a manner that is fair for all parties and avoids duplicative efforts and expense.

. . .

. . .

. . .

. . .

15422.0001

Dated this 14th day of June 2023.          Dated this 14th day of June 2023.

MESSNER REEVES LLP                         DIMOPOULOS INJURY LAW


_____           /s/ Paul A. Shpirt
KARIE N. WILSON, ESQ.                      _____
Nevada Bar No. 7957                        STEVE DIMOPOULOS, ESQ.
8945 West Russell Road, Suite 300          Nevada Bar No. 12729
Las Vegas, Nevada 89148                    PAUL A. SHPIRT, ESQ.
                                           Nevada Bar No. 10441
     -   And -                             6671 South Las Vegas Boulevard, Suite 275
                                           Las Vegas, Nevada 89119
Steven P. Canfield, Esq.                   Attorneys for Plaintiff
Nevada Bar No. 12711
scanfield@winnerfirm.com
WINNER & BOOZE
1117 S. Rancho Drive
Las Vegas, Nevada 89102
Phone:  (702) 243-7000
*Attorneys for Defendant*


## ~~(PROPOSED)~~ ORDER TO EXTEND DISCOVERY

**IT IS SO ORDERED.**

Dated:  June 14, 2023.


_____
UNITED STATES MAGISTRATE JUDGE

15422.0001